**FILED**

08/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0001

_____

JOHN C. OPITZ,

     Petitioner,

  vs.                                      **O R D E R**

SHERRIE R. REED,

     Respondent.

_____

John C. Opitz has filed an affidavit in support of his request to disqualify the Honorable Michael F. McMahon from presiding in Cause No. BDR-2010-248 in the First Judicial District Court, Lewis and Clark County, pursuant to § 3-1-805, MCA.

The basis for the affidavit appears to be Opitz's disagreement with the District Court's rulings in this matter. However, § 3-1-805(1)(b), MCA, provides that an affidavit cannot be based solely on rulings in the case which can be addressed on appeal.

THEREFORE,

IT IS ORDERED that the motion to disqualify Judge McMahon is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Lewis and Clark County for notification to all parties in Cause No. BDR-2010-248, and to the Honorable Michael F. McMahon.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2021